The People of the State of New York, Respondent, v. Mae Rose and John Michael, Defendants, Impleaded with Peter Fortuna, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Max Goldstein, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. David Harris, Appellant.— Judgment of conviction of the County Court of Kings county reversed, and new trial ordered, for prejudicial error in the admission of evidence in relation to defendant's photograph from the police records, with inscriptions on the back thereof, and also of conversations held in the absence of the defendant. Jenks, P. J., Carr and Stapleton, JJ., concurred; Thomas and Rich, JJ., dissented.

The People of the State of New York, Respondent, v. Donato Rizzo, Appellant.— Judgment of conviction of the County Court of Kings county

[*] See Labor Law (Consol. Laws, chap. 31; Laws of 1909, chap. 36), art. 14, as amd. by Laws of 1910, chap. 352.— [REP.

affirmed. No opinion. Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ., concurred.